UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil No. 3:07CV16

BAYTREE ASSOCIATES, INC.,

    *Plaintiffs,*

v.

DANTZLER, INC.,

    *Defendants.*

## ORDER

**THIS MATTER IS BEFORE THE COURT** on Edward M. Mullins' Motion for Admission *Pro Hac Vice*. It appearing that Edward M. Mullins is a member in good standing with the Florida State Bar, the Court enters the following Order:

**IT IS, THEREFORE, ORDERED** that

(1)    Edward M. Mullins' Motion for Admission *Pro Hac Vice* is **GRANTED**; and

(2)    Edward M. Mullins remit to the Clerk the required special admission fee of $100.00, if such fee has not already been paid.

Signed: January 31, 2007

David C. Keesler
United States Magistrate Judge