# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
### Civil No. 3:07CV16-FDW-DCK

BAYTREE ASSOCIATES, INC.,

    *Plaintiffs,*

v.

DANTZLER, INC.,

    *Defendant.*

**ORDER TO ADMIT PRO HAC VICE**

    Upon motion, for good cause shown, with the consent of Plaintiff and pursuant to Local Rule 83.1(b), it is ordered that attorney C. Robert Murray, Jr. is hereby admitted *pro hac vice* for the purpose of representing Defendant Dantzler, Inc. in the above-captioned action. Attorney Paul J. Osowski, who is admitted to practice before this Court, has accepted association with this attorney pursuant to Local Rule 83.1(b).

Signed: January 24, 2008

_____
David C. Keesler
United States Magistrate Judge