# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### DOCKET NO. 3:07cv16 -W

| | |
|---|---|
| BAYTREE ASSOCIATES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| DANTZLER, INC., ) | |
| ) | NOTICE OF HEARING |
| Defendant and Third-Party Plaintiff, ) | |
| v. ) | |
| ) | |
| ORACLE USA, INC., ) | |
| ) | |
| Third-Party Defendant. ) | |
| ) | |

THIS MATTER is before the Court *sua sponte* as to the status of this case and several scheduling matters anticipated by the Court. Therefore, TAKE NOTICE that a pre-trial hearing will be conducted before the undersigned at 10:00 a.m. on Tuesday, April 8, 2008, in Courtroom 1 of the Charles Jonas Federal Building. The parties shall be prepared to discuss scheduling issues, as well as other pre-trial issues known to or anticipated by counsel at this time. Out of state counsel may, but is not required to, appear by telephone.

Signed: April 2, 2008

Frank D. Whitney
United States District Judge