UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil No. 3:07CV16-FDW-DCK

BAYTREE ASSOCIATES, INC.,

    *Plaintiff,*

v.

DANTZLER, INC.,

    *Defendant.*

and

DANTZLER, INC.,

    *Third Party Plaintiff,*

vs.

ORACLE USA, INC.,

    *Third Party Defendant.*

**ORDER TO ADMIT PRO HAC VICE**

Upon motion, for good cause shown, with the consent of Plaintiff and pursuant to Local Rule 83.1(b), it is ordered that attorney Jordan S. Cohen is hereby admitted *pro hac vice* for the purpose of representing Defendant Dantzler, Inc. in the above-captioned action. Attorney Paul J. Osowski, who is admitted to practice before this Court, has accepted association with this attorney pursuant to Local Rule 83.1(b).

Signed: April 15, 2008

David C. Keesler
United States Magistrate Judge