# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## DOCKET NO. 3:07-cv-00016-W

| | |
|---|---|
| BAYTREE ASSOCIATES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| DANTZLER, INC., ) | |
| ) | ORDER |
| Defendant and Third-Party Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| ORACLE USA, INC., ) | |
| ) | |
| Third-Party Defendant. ) | |

THIS MATTER is before the Court on Plaintiff's Motion to Dismiss Amended Counterclaims and Third-Party Complaint and for Relief from Order Allowing Amendment (Doc. No. 63). Because the Court has previously made significant revisions to the scheduling order, the Court finds it necessary to set forth an expedited briefing schedule for this motion so as to maintain the other deadlines in this matter. As such, Defendant Dantzler and Third-Party Defendant Oracle USA, Inc., shall file any response to Plaintiff's motion on or before Monday, April 28, 2008. Any reply from Plaintiff shall be due three calendar days from the filing of any response, but, in any event, no later than Thursday, May 1, 2008. No extensions of time to these deadlines shall be granted, and the page limits set forth in the Court's Standing Order shall govern.

IT IS SO ORDERED.

Signed: April 21, 2008

Frank D. Whitney
United States District Judge