IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:07-cv-00016-W

| | |
|---|---|
| BAYTREE ASSOCIATES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| DANTZLER, INC., ) | ORDER |
| ) | and |
| Defendant and Third-Party Plaintiff, ) | ADDITIONAL NOTICE OF |
| ) | HEARING |
| v. ) | |
| ) | |
| ORACLE USA, INC., ) | |
| ) | |
| Third-Party Defendant. ) | |

THIS MATTER is before the Court upon the motion of Dantzler, Inc., (Doc. No. 75) specifically requesting this Court to reconsider its May 22, 2008, order and reinstate the Amended Counterclaims and Third Party Claims. For the reasons stated in the motion, it is GRANTED. The parties are directed to proceed with discovery as previously scheduled by the Court.

As noticed in the May 22, 2008, Show Cause Order, a hearing shall take place on June 9, 2008, with regards to why Dantzler should not be sanctioned for its failure to comply with the Court's oral order. Additionally, NOTICE is hereby given that a hearing on Oracle's Motion to Dismiss, Motion to Sever and Transfer (Doc. No. 67) shall also take place on June 9, 2008, at 3:30 p.m.

IT IS SO ORDERED.   Signed: June 2, 2008

Frank D. Whitney
United States District Judge