# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:07-CV-16-FDW-DCK

| | |
|---|---|
| **BAYTREE ASSOCIATES, INC.,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| **DANTZLER, INC.,** ) | |
| ) | |
| **Defendant and** ) | |
| **Third-Party Plaintiff,** ) | |
| ) | |
| v. ) | |
| ) | |
| **ORACLE USA, INC.,** ) | |
| ) | |
| **Third-Party Defendant.** ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on Defendant and Third-Party Plaintiff's "Motion For Additional Deposition Time" (Document No. 83), filed July 25, 2008 and "Baytree Associates, Inc.'s Opposition To Dantzler, Inc.'s Motion For Additional Time" (Document No. 84), filed July 31, 2008. This matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §636(b) and immediate review is appropriate.

Having carefully considered the arguments, the record, and the applicable authority, the undersigned will <u>grant</u> the motion for additional deposition time. In addition, the undersigned will *sua sponte* revise the case management plan as outlined below.

**IT IS, THEREFORE, ORDERED** that the "Motion For Additional Deposition Time" (Document No. 83) is **GRANTED**; each party will be allowed no more than **forty (40)** hours of oral deposition.

**IT IS FURTHER ORDERED** that the "Case Management Order" (Document No. 59) is modified as follows:

| Discovery Completion | August 29, 2008 |
|---|---|
| Mediation Completion and Report | September 5, 2008. |

The extension of these deadlines shall in no way change the deadline for dispositive motions or trial. In the absence of extreme circumstances, further extensions of any kind in this case are unlikely. The parties are reminded to attempt in good faith to resolve any discovery disputes without court intervention. If unable to resolve their disputes, the parties shall follow the instructions of the Case Management Order. See (Document No. 59 at p.5).

**SO ORDERED**.

Signed: August 1, 2008

David C. Keesler
United States Magistrate Judge