IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:07-cv-00016-W

| | |
|---|---|
| BAYTREE ASSOCIATES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| DANTZLER, INC., ) | |
| ) | ORDER |
| Defendant and Third-Party Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| ORACLE USA, INC., ) | |
| ) | |
| Third-Party Defendant. ) | |

THIS MATTER is before the Court on Plaintiff's Motion for Expansion of the Word Limitation (Doc. No. 88). The motion is DENIED. The Court, however, encourages the parties to eliminate or keep brief the section that would normally include a summary of facts as the Court is familiar with the general facts of this matter. Instead, the parties should refer to specific facts (and identify relevant deposition testimony and exhibits) in the argument section where pertinent.

IT IS SO ORDERED.

Signed: September 2, 2008

Frank D. Whitney
United States District Judge