# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO. 3:07-CV-16-FDW-DCK

| | |
|---|---|
| BAYTREE ASSOCIATES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> DANTZLER, INC., <br><br> Defendant. <br><br> and <br><br> DANTZLER, INC., <br><br> Third Party Plaintiff, <br><br> vs. <br><br> ORACLE USA, INC. <br><br> Third Party Defendant. | **ORDER TO ADMIT PRO HAC VICE** |

Upon motion, for good cause shown, with the consent of Plaintiff and pursuant to Local Rule 83.1(b), it is ordered that attorney Robert Emerito Paradela is hereby admitted *pro hac vice* for the purpose of representing Defendant Dantzler, Inc. in the above-captioned action. Attorney Paul J. Osowski, who is admitted to practice before this Court, has accepted association with this attorney pursuant to Local Rule 83.1(b).

Signed: October 9, 2008

David C. Keesler
United States Magistrate Judge